UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Anthony LaFauci

                v.                          Case No. 09-cv-454-PB

NH State Prison, et al.


O R D E R


    I herewith approve the Report and Recommendation of Magistrate Judge

McCafferty dated June 21, 2010, no objection having been filed.

    SO ORDERED.


July   14, 2010                    /s/ Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge


cc:    Anthony LaFauci, Pro Se